UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JESSE JAMES PALATO, | ) | Case No. CV 12-2420 DOC (AJW) |
| Plaintiff, | ) | |
| | ) | **ORDER ACCEPTING REPORT** |
| v. | ) | **AND RECOMMENDATION OF** |
| | ) | **MAGISTRATE JUDGE** |
| MARK BOTELLO, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report.  Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions of the Report to which objection was made.

**IT IS SO ORDERED**.

DATED:  January 11, 2013

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge