# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JESSE JAMES PALATO, ) | |
| ) | No. CV 12-2420 DOC (AJW) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | J U D G M E N T |
| MARK BOTELLO, ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that this action should be dismissed with prejudice.

January 11, 2013

_/s/ David O. Carter_
DAVID O. CARTER
United States District Judge